IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD OTTO,

    Petitioner,                   No. CIV S-09-1926 KJM P

    vs.

ANTHONY HEDGPETH

    Respondents.               ORDER

_____/

        Petitioner is a state prison inmate who has filed a request for an extension of time in which to file a petition for a writ of habeas corpus. He has consented to this court's jurisdiction.

        On August 5, 2009, this court directed petitioner to file a petition that complies with the Rules Governing Section 2254 Proceedings and the Federal Rules of Civil Procedure and advised him that his failure to do so within thirty days of the date of this order would result in the dismissal of this action. Petitioner has not responded to the court's order.

        IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

DATED: October 13, 2009.

_____
U.S. MAGISTRATE JUDGE

2/otto1926.fta

1